# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 1:25-MJ-338 |
| Plaintiff, | : | JUDGE LITKOVITZ |
| v. | : | |
| **JAMES RIVER PHILLIPS,** | : | |
| Defendant. | : | |

## ORDER EXTENDING TIME TO FILE INDICTMENT/INFORMATION

Having read and considered (1) the parties' joint Motion for an Order Extending the Time to File an Indictment/Information, and (2) Defendant's Waiver of Timely Indictment/Information, the Court hereby **GRANTS** the Motion. The Court further finds pursuant to 18 U.S.C. § 3161(h)(7)(A), after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice served by granting the extension outweigh the best interest of the public and the Defendant in a speedy information, indictment, and trial. The Court makes this ends of justice finding because the failure to grant an extension would deny counsel for the Defendant and/or the attorney for the United States reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice in order to consider a possible pre-indictment resolution of this matter.

Accordingly, the time specified in 18 U.S.C. § 3161(b), within which the United States must file an indictment or information relative to the current charge(s) in this matter, is extended for a period of thirty days, up to and including September 15, 2025.

Date: **Aug 8, 2025**

_Stephanie K. Bowman_
STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

2