**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.** 1:25-cr-90 |
| Plaintiff, | : | |
| | : | **INFORMATION** |
| v. | : | |
| | : | |
| **JAMES PHILLIPS,** | : | **18 U.S.C. §§ 842(a)(3)(A) and 844(a)(1)** |
| Defendant. | : | |

**THE UNITED STATES ATTORNEY CHARGES**:

### COUNT 1
**(Transport of Explosive Materials)**

On or about September 22, 2024, in the Southern District of Ohio, the defendant, **JAMES PHILLIPS**, not being a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly transported explosive materials.

**In violation of Title 18, United States Code Sections 842(a)(3)(A) and 844(a)(1).**


DOMINICK S. GERACE II
UNITED STATES ATTORNEY

*Emily N. Glatfelter*
EMILY N. GLATFELTER
ASSISTANT UNITED STATES ATTORNEY